1

2

3

4

5                               UNITED STATES DISTRICT COURT

6                               NORTHERN DISTRICT OF CALIFORNIA

7

8    RAS ADISA GAMBA OLUWA,                          No. C-11-5559 EMC (pr)

9                    Plaintiff,

10           v.                                       **ORDER**

11   N. WALKER; et al.,

12                   Defendants.

13   _____/

14

15           Plaintiff commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. §

16   1983.  He did not pay the filing fee or file an *in forma pauperis* application at the time he filed his

17   complaint.  The Court sent a fee obligation notice to Plaintiff (informing him that he needed to pay

18   the full filing fee or file a completed *in forma pauperis* application within thirty days), but it is

19   unclear whether the notice ever reached Plaintiff due to some confusion about his address.

20   Specifically, the envelope in which the complaint was mailed listed Salinas Valley State Prison as

21   the return address while the complaint listed a non-prison street address in Soledad as Plaintiff's

22   address.  The Court docketed the action using Salinas Valley State Prison as Plaintiff's address, and

23   mailed the fee obligation notice to him at that address.  That mail was not returned undelivered, but

24   the CDCR's website indicates that Plaintiff is not currently in custody.  Accordingly, to ensure that

25   Plaintiff has the opportunity to pay the filing fee or file an *in forma pauperis* application to avoid

26   dismissal, the Clerk will mail a non-prisoner *in forma pauperis* application to Plaintiff at the address

27   listed on the complaint, *i.e.*, 124 Adler Street, Soledad, CA 93960.

28

*United States District Court*
*For the Northern District of California*

Plaintiff must pay the full $350.00 filing fee or file the completed *in forma pauperis*
application no later than **April 27, 2012,** or this action will be dismissed.

IT IS SO ORDERED.

Dated:  March 23, 2012

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2