UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA, | No. C-11-5559 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| N. WALKER; et al., | |
| Defendants. / | |

Plaintiff commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. He did not pay the filing fee or file an *in forma pauperis* application at the time he filed his complaint. The Court sent a fee obligation notice to Plaintiff (informing him that he needed to pay the full filing fee or file a completed *in forma pauperis* application within thirty days), but it is unclear whether the notice ever reached Plaintiff due to some confusion about his address. Specifically, the envelope in which the complaint was mailed listed Salinas Valley State Prison as the return address while the complaint listed a non-prison street address in Soledad as Plaintiff's address. The Court docketed the action using Salinas Valley State Prison as Plaintiff's address, and mailed the fee obligation notice to him at that address. That mail was not returned undelivered, but the CDCR's website indicates that Plaintiff is not currently in custody. Accordingly, to ensure that Plaintiff has the opportunity to pay the filing fee or file an *in forma pauperis* application to avoid dismissal, the Clerk will mail a non-prisoner *in forma pauperis* application to Plaintiff at the address listed on the complaint, *i.e.*, 124 Adler Street, Soledad, CA 93960.

Plaintiff must pay the full $350.00 filing fee or file the completed *in forma pauperis* application no later than **April 27, 2012,** or this action will be dismissed.

IT IS SO ORDERED.

Dated: March 23, 2012

_____
EDWARD M. CHEN
United States District Judge