UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA, | No. C-11-5559 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| N. WALKER; *et al.*, | |
| Defendants. | |

On April 10, 2012, mail sent from the Court to Plaintiff was returned undelivered. The envelope was marked "RTS," which often stands for "return to sender," and also was marked "inmate deceased" and "death," although it is unknown to the Court who made those markings. (Docket # 4.)

"If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after the service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a).

///
///
///
///
///
///

The Clerk will mail a copy of this order to Plaintiff at the address he provided, *i.e.*, 124 Adler Street, Soledad, CA 93960. If Plaintiff's next of kin or legal representative desires to prosecute this action, he or she shall file a motion for substitution of party no later than **September 10, 2012**. If no such motion is filed by that deadline, this action will be dismissed without further notice. If Plaintiff is alive, he must file a notice so stating by the same deadline.

IT IS SO ORDERED.

Dated: June 11, 2012

_____
EDWARD M. CHEN
United States District Judge

2