UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA, | No. C-11-5559 EMC (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| N. WALKER; *et al.*, | |
| Defendants. | |

Mail that was sent from the Court to Plaintiff at his prison address was returned undelivered with a notation that the Plaintiff had died. On June 11, 2012, the Court sent another order to the non-prison address provided by Plaintiff to determine if any successor or representative of Plaintiff wanted to step forward to prosecute this action. The order stated: "If Plaintiff's next of kin or legal representative desires to prosecute this action, he or she shall file a motion for substitution of party no later than **September 10, 2012**. If no such motion is filed by that deadline, this action will be dismissed without further notice. If Plaintiff is alive, he must file a notice so stating by the same deadline." Docket # 5. The Court received no response to that order.

This action is dismissed. *See* Fed. R. Civ. P. 25(a) ("If the [substitution] motion is not made within 90 days after the service of a statement noting the death, the action by or against the decedent must be dismissed.")

IT IS SO ORDERED.

Dated: November 1, 2012

EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California