**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA,<br><br>  Plaintiff,<br><br>  v.<br><br>N. WALKER; *et al.*,<br><br>  Defendants.<br>_____/ | No. C-11-5559 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

  Mail that was sent from the Court to Plaintiff at his prison address was returned undelivered with a notation that the Plaintiff had died. On June 11, 2012, the Court sent another order to the non-prison address provided by Plaintiff to determine if any successor or representative of Plaintiff wanted to step forward to prosecute this action. The order stated: "If Plaintiff's next of kin or legal representative desires to prosecute this action, he or she shall file a motion for substitution of party no later than **September 10, 2012**. If no such motion is filed by that deadline, this action will be dismissed without further notice. If Plaintiff is alive, he must file a notice so stating by the same deadline." Docket # 5. The Court received no response to that order.

  This action is dismissed. *See* Fed. R. Civ. P. 25(a) ("If the [substitution] motion is not made within 90 days after the service of a statement noting the death, the action by or against the decedent must be dismissed.")

  IT IS SO ORDERED.

Dated: November 1, 2012

  _____
  EDWARD M. CHEN
  United States District Judge